# United States Court of Appeals
## For the First Circuit

Nos. 10-2170, 10-2171

BANCO POPULAR DE PUERTO RICO,

Plaintiff, Appellant, Cross-Appellee,

v.

ASOCIACIÓN DE COMPOSITORES Y EDITORES DE MÚSICA LATINOAMERICANA
(ACEMLA); LATIN AMERICAN MUSIC COMPANY, INC. (LAMCO),

Defendants, Appellees, Cross-Appellants,

GUILLERMO VENEGAS LLOVERAS, INC.,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on May 11, 2012, is amended as follows:

On page 26, lines 10-11: strike "and tedious".

# United States Court of Appeals
## For the First Circuit

Nos. 10-2170, 10-2171

BANCO POPULAR DE PUERTO RICO,

Plaintiff, Appellant, Cross-Appellee,

v.

ASOCIACIÓN DE COMPOSITORES Y EDITORES DE MÚSICA LATINOAMERICANA
(ACEMLA); LATIN AMERICAN MUSIC COMPANY, INC. (LAMCO),

Defendants, Appellees, Cross-Appellants,

GUILLERMO VENEGAS LLOVERAS, INC.,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on May 11, 2012, is amended
as follows:

On page 26, lines 10-11: strike "and tedious".

# United States Court of Appeals
## For the First Circuit

Nos. 10-2170, 10-2171

BANCO POPULAR DE PUERTO RICO,

Plaintiff, Appellant, Cross-Appellee,

v.

ASOCIACIÓN DE COMPOSITORES Y EDITORES DE MÚSICA LATINOAMERICANA
(ACEMLA); LATIN AMERICAN MUSIC COMPANY, INC. (LAMCO),

Defendants, Appellees, Cross-Appellants,

GUILLERMO VENEGAS LLOVERAS, INC.,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on May 11, 2012, is amended as follows:

On page 26, lines 10-11: strike "and tedious".

# United States Court of Appeals
## For the First Circuit

Nos. 10-2170, 10-2171

BANCO POPULAR DE PUERTO RICO,

Plaintiff, Appellant, Cross-Appellee,

v.

ASOCIACIÓN DE COMPOSITORES Y EDITORES DE MÚSICA LATINOAMERICANA (ACEMLA); LATIN AMERICAN MUSIC COMPANY, INC. (LAMCO),

Defendants, Appellees, Cross-Appellants,

GUILLERMO VENEGAS LLOVERAS, INC.,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on May 11, 2012, is amended as follows:

On page 26, lines 10-11: strike "and tedious".

# United States Court of Appeals
## For the First Circuit

Nos. 10-2170, 10-2171

BANCO POPULAR DE PUERTO RICO,

Plaintiff, Appellant, Cross-Appellee,

v.

ASOCIACIÓN DE COMPOSITORES Y EDITORES DE MÚSICA LATINOAMERICANA (ACEMLA); LATIN AMERICAN MUSIC COMPANY, INC. (LAMCO),

Defendants, Appellees, Cross-Appellants,

GUILLERMO VENEGAS LLOVERAS, INC.,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on May 11, 2012, is amended as follows:

On page 26, lines 10-11: strike "and tedious".

# United States Court of Appeals

## For the First Circuit

Nos. 10-2170, 10-2171

BANCO POPULAR DE PUERTO RICO,

Plaintiff, Appellant, Cross-Appellee,

v.

ASOCIACIÓN DE COMPOSITORES Y EDITORES DE MÚSICA LATINOAMERICANA
(ACEMLA); LATIN AMERICAN MUSIC COMPANY, INC. (LAMCO),

Defendants, Appellees, Cross-Appellants,

GUILLERMO VENEGAS LLOVERAS, INC.,

Defendant, Appellee.

---

**ERRATA SHEET**

The opinion of this Court issued on May 11, 2012, is amended
as follows:

On page 26, lines 10-11: strike "and tedious".

# United States Court of Appeals
## For the First Circuit

Nos. 10-2170, 10-2171

BANCO POPULAR DE PUERTO RICO,

Plaintiff, Appellant, Cross-Appellee,

v.

ASOCIACIÓN DE COMPOSITORES Y EDITORES DE MÚSICA LATINOAMERICANA
(ACEMLA); LATIN AMERICAN MUSIC COMPANY, INC. (LAMCO),

Defendants, Appellees, Cross-Appellants,

GUILLERMO VENEGAS LLOVERAS, INC.,

Defendant, Appellee.

_____

**ERRATA SHEET**

The opinion of this Court issued on May 11, 2012, is amended as follows:

On page 26, lines 10-11: strike "and tedious".

# United States Court of Appeals

## For the First Circuit

Nos. 10-2170, 10-2171

BANCO POPULAR DE PUERTO RICO,

Plaintiff, Appellant, Cross-Appellee,

v.

ASOCIACIÓN DE COMPOSITORES Y EDITORES DE MÚSICA LATINOAMERICANA
(ACEMLA); LATIN AMERICAN MUSIC COMPANY, INC. (LAMCO),

Defendants, Appellees, Cross-Appellants,

GUILLERMO VENEGAS LLOVERAS, INC.,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on May 11, 2012, is amended
as follows:

On page 26, lines 10-11: strike "and tedious".

# United States Court of Appeals
## For the First Circuit

Nos. 10-2170, 10-2171

BANCO POPULAR DE PUERTO RICO,

Plaintiff, Appellant, Cross-Appellee,

v.

ASOCIACIÓN DE COMPOSITORES Y EDITORES DE MÚSICA LATINOAMERICANA
(ACEMLA); LATIN AMERICAN MUSIC COMPANY, INC. (LAMCO),

Defendants, Appellees, Cross-Appellants,

GUILLERMO VENEGAS LLOVERAS, INC.,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on May 11, 2012, is amended
as follows:

On page 26, lines 10-11: strike "and tedious".

# United States Court of Appeals
## For the First Circuit

Nos. 10-2170, 10-2171

BANCO POPULAR DE PUERTO RICO,

Plaintiff, Appellant, Cross-Appellee,

v.

ASOCIACIÓN DE COMPOSITORES Y EDITORES DE MÚSICA LATINOAMERICANA
(ACEMLA); LATIN AMERICAN MUSIC COMPANY, INC. (LAMCO),

Defendants, Appellees, Cross-Appellants,

GUILLERMO VENEGAS LLOVERAS, INC.,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on May 11, 2012, is amended as follows:

On page 26, lines 10-11: strike "and tedious".